ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>$61,732.93 SEIZED FROM EAST WEST BANK ACCOUNT NUMBER XXX3383, $15,371.87 SEIZED FROM EAST WEST BANK ACCOUNT NUMBER XXXX0506, AND $13,051.59 SEIZED FROM EAST WEST BANK ACCOUNT NUMBER XXXX9490,<br><br>       Defendants.<br><br>NORTH PARK PLAZA, LLC AND FAR ENTERPRISE, INC.,<br><br>       Claimants. | NO.  SACV 13-1562 JVS (ANx)<br><br>CONSENT JUDGMENT OF FORFEITURE |

  Plaintiff and Claimants North Park Plaza, LLC and FAR Enterprise, Inc. ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.  The defendant bank funds were seized from Claimants, and they assert an interest in the defendant bank funds and have filed claims in this case and have answered the complaint.  No other claims or answers were filed, and the time for filing claims and answers has expired.  No other person is believed to have any claim to the defendant bank funds.

  The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

  1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Claimants have filed claims and answers to contest the forfeiture of the defendant bank funds.  No other claims were filed, and the time for filing claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant bank funds.  Any potential claimants to the defendant bank funds other than Claimants are deemed to have admitted the allegations of the complaint with respect to the defendant bank funds.

  2. $30,866.46 of the defendant bank funds, without interest, shall be returned to Claimant FAR Enterprise, Inc. through its counsel.  The United States shall return the defendant $30,866.46 not later than 45 days after (a) the court

enters this Consent Judgment and (b) Claimants provide to the government the bank routing and personal identifiers needed to effect a wire transfer of the funds, whichever is later.

3. The government shall have judgment against the interests of Claimants (and any potential claimants) as to the remainder of the defendant bank funds, $59,289.92, which asset is hereby forfeited and condemned to the United States, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited bank funds according to law.

4. Claimants have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Internal Revenue Service ("IRS"), as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant bank funds and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The court finds that there was reasonable cause for the seizure of the defendant bank funds and the institution of this action as to the defendant bank funds. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendant bank funds.

1    6.   Each of the parties shall bear its own fees and costs
2 in connection with the seizure, retention and return of the
3 defendant bank funds.

DATED: August 05, 2014

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Prepared by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN

Assistant United States Attorney
Asset Forfeiture Section